IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 0 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Kmart Corporations, et al., | ) | Case No. 02-02474 (jointly administered) |
| | ) | |
| Debtors. | ) | The Honorable Susan Pierson Sonderby |
| | ) | |

## NOTICE OF APPEAL

Pursuant to Bankruptcy Rule 8001, RUBLOFF DEVELOPMENT GROUP, INC. hereby appeals under 28 U.S.C. §158(a)(1) to the District Court from the final order of the Bankruptcy Court entered in this case disallowing Claim Nos. 37506, 37507, 37508, 37509, 37733, 37734, 37735, and 37773 entered on November 20, 2007.

The parties to the final order appealed from and the names and addresses of their respective attorneys are as follows:

Kmart Corporation, Debtor
Attorney Andrew Goldman
WILMER, CUTLER, PICKERING, HALE & DOOR, LLP
399 Park Avenue
New York, NY 10022

William J. Barrett
BARACK, FERRAZZANO, KIRSCHBAUM PERLMAN &
NAGELBERG, LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606

RUBLOFF DEVELOPMENT GROUP, INC.
Attorney Thomas J. Lester
100 Park Avenue
Rockford, IL 61101

08CV76
JUDGE GRADY
MAG. JUDGE DENLOW

70545093v1 810787

3/30/

Dated: November 30, 2007

Respectfully submitted,

RUBLOFF DEVELOPMENT GROUP, INC., Creditor

BY:  HINSHAW & CULBERTSON LLP

By: /s/ Thomas J. Lester
    Thomas J. Lester
    One of Its Attorneys

Thomas J. Lester
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900
FAX: 815-490-4901
mhevrin@hinshawlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Kmart Corporations, et al., | ) | Case No. 02-02474 (jointly administered) |
| | ) | |
| Debtors. | ) | The Honorable Susan Pierson Sonderby |
| | ) | |

## NOTICE OF FILING

TO:

Kmart Corporation, Debtor
Attorney Andrew Goldman
WILMER, CUTLER, PICKERING, HALE
& DOOR, LLP
399 Park Avenue
New York, NY 10022

William J. Barrett
BARACK, FERRAZZANO,
KIRSCHBAUM PERLMAN &
NAGELBERG, LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606

**PLEASE TAKE NOTICE**, that on November 30, 2007, Creditor, RUBLOFF DEVELOPMENT GROUP, INC., hereby electronically filed this **NOTICE** and a **NOTICE OF APPEAL** with the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, and served a copy on the above-named parties electronically and by U.S. First Class Mail.

Dated: November 30, 2007

Thomas J. Lester
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900
FAX: 815-490-4901
mhevrin@hinshawlaw.com

Respectfully submitted,

RUBLOFF DEVELOPMENT GROUP,
INC., Creditor

BY:  HINSHAW & CULBERTSON LLP
By: /s/ Thomas J. Lester
    Thomas J. Lester
    One of Its Attorneys

70545097v1 810787

3130ᴸ

## CERTIFICATE OF SERVICE

I, Thomas J. Lester, an attorney, on oath state that I caused to be served this NOTICE and Notice of Appeal via electronic filing using the CM/ECF system and by mailing a copy to the parties of record listed above and depositing same in the U.S. Mail at Rockford, Illinois, before the hour of 5:00 p.m. on November 30, 2007, proper postage prepaid.

/s/ Thomas J. Lester
Thomas J. Lester

70545097v1 810787

## United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date: 01/04/2008

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

**FILED**
JAN - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 02 B 02474

Case Name: Kmart Corporation et al

Notice of Appeal Filed: 11/30/2007

Appellant: Rubloff Development Group Inc

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

- [✓] Transmittal Letter and Civil Cover Sheet
- [✓] Designation
- [✓] Statement of Issues
- [ ] Transcript of Proceeding
- [ ] Supplemental to the Record
- [✓] Notice of Appeal
- [✓] Copy of Documents Designated
- [✓] Exhibits
- [ ] Expedited Notice of Appeal
- [ ] Certified Copy of Docket Sheet

Additional Items Included

- [✓] Kmart's Counter-Designation of Items for Record on Appeal

Total Volumes Transmitted: 9   — 2 Volumes Pleadings / 7 Volumes Exhibits

The following items will be transmitted as a supplemental to the Record

- [ ] _____

08CV76
JUDGE GRADY
MAG. JUDGE DENLOW

Previous D C Judge: John F Grady, Magistrate Judge Denlow   Case Number: 07 C 01926

By Deputy Clerk: Dorothy Carroll / Team B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Kmart Corporations, et al., | ) | Case Number 02-02474 (jointly administered) |
| | ) | |
| Debtor. | ) | The Honorable Susan Pierson Sonderby |
| | ) | |

## DESIGNATION OF ITEMS FOR RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED

TO:   Clerk of the United States Bankruptcy Court
      219 S. Dearborn, Room 713
      Chicago, IL 60604

The following items are designated by the Creditor/Appellant, Rubloff Development Group, Inc., to be included in the Record on Appeal:

1. Rubloff Development Group, Inc. ("Rubloff") Proofs of Claim Nos. 37506, 37507, 37508, 37509, 37733, 37734, 37735 and 37773, including Rubloff's "Calculation of Claim" and the attached Subleases (the "Claims"). (Joint Exhibit 1).

2. Motion for Order Pursuant to 11 U.S.C. §§105(a) and 365(a) Authorizing:

    (a) Rejection of Certain Unexpired Real Property Leases

    (b) Approving Procedures for Rejecting Other Unexpired Leases, dated January 22, 2002 ("Rejection Motion") [Docket No. 58].

3. Order Under 11 U.S.C. §§105(a) and 365(a) Authorizing:

    (a) Rejection of Certain Unexpired Real Property Leases

    (b) Approving Procedures for Rejecting Other Unexpired Leases, dated January 25, 2002 ("Rejection Order"). [Docket No. 139].

4. Motion for Order Pursuant to 11 U.S.C. §365 and Fed.R.Bankr.P. 6006 Authorizing Debtors to Assume and Assign Certain Unexpired Real Property Leases to Rubloff dated February 1, 2002 ("Assignment Motion"). [Docket No. 259].

31311

70545736v1 810787

5. The Court's Orders Approving the Assignment Agreement found at Docket Nos. 718 (Matteson, Illinois property); 1819 (Jenison, Michigan and Harwood Heights, Illinois properties); 1820 (Bolingbrook, Illinois property); 1822 (Homewood, Illinois property); 1823 (Walker, Michigan property); 2618 (Kentwood, Michigan property); and 4971 (Rockford, Illinois property) (collectively, the "Assignment Orders").

6. Kmart's Twentieth Omnibus Objection to Claims Under 11 U.S.C. §§102, 105 and 502 and Fed.R.Bankr.P. 3007 dated February 2, 2004 ("Omnibus Objection"). [Docket No. 20651].

7. Rubloff's Joint Objection to the Debtor's Twentieth Omnibus Objection to Claims dated March 5, 2004 ("Rubloff's Response to Objections"). [Docket No. 22738].

8. December 6, 2006 Hearing Transcript before the Honorable Susan Pierson Sonderby ("Ruling Tr.").

9. Order Pursuant to 11 U.S.C. §365(a) Authorizing Debtors to Reject that Certain Unexpired Real Property Lease for Premises Located in Hobart, Indiana (Store No. 1049) dated March 22, 2002 ("the Hobart Order"). [Docket No. 1818].

10. Agreed Order Pursuant to 11 U.S.C. §§363, 365 and 105 and Bankruptcy Rule 6004 and 6006 Authorizing Debtors to Terminate a Certain Lease and Sublease for Premises Located in Oak Lawn, Illinois Pursuant to That Certain Termination of Lease Agreement and That Certain Termination of Sublease Agreement dated May 22, 2002 (the "Oak Lawn Order"). [Docket No. 3455].

11. Email exchange between Thomas Lester, attorney Rubloff, to Marion Wexler, attorney for Kmart (Jan. 23-25, 2002) ("Email Chain"). (Joint Exhibit 11).

12. Lease Assignment and Assumption Agreement, between Kmart Corporation ("Kmart") and Rubloff, dated February 1, 2002 ("Assignment Agreement"). (Joint Exhibit 5).

13. Master Leases for the eight properties which are the subject of the Claims ("Master Leases"). (Joint Exhibit 11).

2

14. Plaintiff's Exhibit 1, Charles C. Conaway Affidavit, pages 93-95, attached to the Rejection Motion.

15. Plaintiff's Exhibit 2: Copies of Leasehold Mortgages granted to Rubloff to various lenders secured by Rubloff's subleasehold interest in the Demised Premises.

16. Joint Pretrial Statement of Rubloff and Kmart dated May 4, 2007. [Docket No. 30873].

17. Rubloff's Trial Brief in connection with the Objections of Kmart to the Claims. [Docket No. 30706].

18. Kmart's Trial Brief in connection with the Objections of Kmart to the Claims. [Docket No. 30779].

19. Rubloff's reply to Kmart's Trial Brief dated April 13, 2007. . [Docket No. 30804].

20. Rubloff's proposed findings of fact and conclusions of law filed on May 30, 2007. [Docket No. 30897].

21. Order disallowing the Claims dated November 20, 2007. [Docket No. 31297].

22. Findings of Fact and Conclusions of Law in connection with the Order disallowing the Claims dated November 20, 2007. [Docket No. 31296].

23. Hearing Transcript before the Honorable Susan Pierson Sonderby for the trial on Kmart's Objection to the Claims.

24. Notice of Appeal to the District Court filed on November 30, 2007 by Rubloff. [Docket No. 31301].

## STATEMENT OF ISSUES TO BE PRESENTED

Appellant, RUBLOFF DEVELOPMENT GROUP, INC., states that the issues to be presented on appeal are as follows:

3

1. Whether pursuant to the Order dated November 20, 2007 and Findings of Fact and Conclusions of Law dated November 20, 2007, the bankruptcy court erroneously disallowed the Claims.

2. Whether the bankruptcy court erred in holding that the bankruptcy court's order dated January 25, 2002 ("Rejection Order") did not represent a bankruptcy court order approving rejection of the leases set forth on Exhibit B to the Rejection Order.

3. Whether the bankruptcy court erred in holding that the Assignment Agreement was ambiguous.

4. Whether the bankruptcy court erred when it found the term "Leases" as used in the Assignment Agreement included the Subleases.

5. Whether the bankruptcy court erred in holding that Rubloff's damages claim for anticipatory breach did not accrue before February 1, 2002.

6. Whether the bankruptcy court erred in holding Rubloff waived its claims.

DATED: December 10, 2007

Respectfully submitted,

RUBLOFF DEVELOPMENT GROUP, INC.,
Creditor/Appellant

Thomas J. Lester (ARDC #6189291)
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900
FAX: 815-490-4901
tlester@hinshawlaw.com

By: /s/ Thomas J. Lester
    Thomas J. Lester
    One of Its Attorneys

4

70545736v1 810787

## CERTIFICATE OF SERVICE

I, Thomas J. Lester, an attorney, on oath state that I caused to be served this DESIGNATION OF ITEMS FOR RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED via electronic filing using the CM/ECF system and by mailing a copy to the parties of record listed below and depositing same in the U.S. Mail at Rockford, Illinois, before the hour of 5:00 p.m. on December 10, 2007, proper postage prepaid.

Kmart Corporation, Debtor
Attorney Andrew Goldman
WILMER, CUTLER, PICKERING, HALE &
DOOR, LLP
399 Park Avenue
New York, NY  10022

William J. Barrett
BARACK, FERRAZZANO, KIRSCHBAUM
PERLMAN & NAGELBERG, LLP
333 West Wacker Drive, Suite 2700
Chicago, IL  60606

/s/ Thomas J. Lester
Thomas J. Lester

70545736v1 810787

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| Kmart Corporations, et al., | ) Case No. 02-02474 (jointly administered) |
| | ) |
| Debtors. | ) The Honorable Susan Pierson Sonderby |

## NOTICE OF FILING

To:  Kmart Corporation, Debtor                William J. Barrett
     Attorney Andrew Goldman                  BARACK, FERRAZZANO, KIRSCHBAUM
     WILMER, CUTLER, PICKERING,               PERLMAN & NAGELBERG, LLP
     HALE & DOOR, LLP                         333 West Wacker Drive, Suite 2700
     399 Park Avenue                          Chicago, IL  60606
     New York, NY  10022

**PLEASE TAKE NOTICE**, that on December 10, 2007, Creditor, RUBLOFF DEVELOPMENT GROUP, INC., hereby electronically filed this **Notice of Filing and Designation of Items for Record on Appeal and Statement of Issues to be Presented** with the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, and served a copy on the above-named parties electronically and by U.S. First Class Mail.

Dated: December 10, 2007                     Respectfully submitted,

                                             RUBLOFF DEVELOPMENT GROUP, INC.,
                                             Creditor

                                             BY:   HINSHAW & CULBERTSON LLP
                                             By: /s/ Thomas J. Lester
                                                 Thomas J. Lester
                                                 One of Its Attorneys

Thomas J. Lester
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900
FAX: 815-490-4901

70546078v1 810787

## CERTIFICATE OF SERVICE

I, Thomas J. Lester, an attorney, on oath state that I caused to be served this NOTICE and Notice of Appeal via electronic filing using the CM/ECF system and by mailing a copy to the parties of record listed above and depositing same in the U.S. Mail at Rockford, Illinois, before the hour of 5:00 p.m. on December 10, 2007, proper postage prepaid.

/s/ Thomas J. Lester
Thomas J. Lester

70546078v1 810787

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Kmart Corporation, et al., | ) | Case No. 02 B 2474 |
| | ) | |
| Debtors. | ) | Hon. Susan Pierson Sonderby |

### ORDER DISALLOWING CLAIM NOS. 37506, 37507, 37508, 37509, 37733, 37734, 37735, and 37773

THIS CAUSE coming to be heard on the Objection of Kmart Corporation to Claims 37506, 37507, 37508, 37509, 37733, 37734, 37735, and 37773 filed by Rubloff Development Group, Inc., and an evidentiary hearing having been held,

IT IS HEREBY ORDERED for the reasons stated in this court's Findings of Fact and Conclusions of Law entered on this date, that claims numbered 37506, 37507, 37508, 37509, 37733, 37734, 37735, and 37773 are disallowed.

Date:   NOV 2 0 2007

ENTERED:

SUSAN PIERSON SONDERBY
United States Bankruptcy Judge