# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Kmart Corporation et al

County of Residence:

Plaintiff's Atty: William J Barrett
Barack Ferrazzano et al
200 W Madison St Chgo Il
312/629-5170

**Defendant(s):**

County of Residence:

Defendant's Atty:

**FILED**
JAN - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal
Parties (Diversity Cases Only)
    Plaintiff:- N/A
    Defendant:- N/A

08CV76
JUDGE GRADY
MAG. JUDGE DENLOW

IV. Origin :    1. Original Proceeding

V. Nature of Suit:    422 Appeal 28 USC 158

VI. Cause of Action:    Notice of Appeal

VII. Requested in Complaint
    Class Action:
    Dollar Demand:
    Jury Demand: No

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: *Dorothy Carroll*

Date: 1/4/2008

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**    Revised: 06/28/00