# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>KMART CORPORATION, et al. | Case Number: 1:08-CV-76 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
RUBLOFF DEVELOPMENT GROUP, INC., Appellant

| |
|---|
| NAME (Type or print)<br>Matthew M. Hevrin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Matthew M. Hevrin |
| FIRM<br>HINSHAW & CULBERTSON LLP |
| STREET ADDRESS<br>100 Park Avenue |
| CITY/STATE/ZIP<br>Rockford, IL 61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6256083 | TELEPHONE NUMBER<br>(815) 490-4900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐