IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 1:08-CV-76 |
| KMART CORPORATION, et al., | Honorable Judge John F. Grady |
| Debtors. | |

| | |
|---|---|
| RUBLOFF DEVELOPMENT GROUP, INC., ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> KMART CORPORATION, ) <br> ) <br> Appellee. ) | Appeal from the United States Bankruptcy Court for the Northern District of Illinois, Hon. Susan Pierson Sonderby, Case No. 02-02474 (jointly administered) |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

NOW COMES the Appellant, RUBLOFF DEVELOPMENT GROUP, INC., an Illinois corporation, hereinafter referred to as "RUBLOFF", by and through its attorneys, HINSHAW & CULBERTSON LLP, and as its Motion for Extension of Time to File Reply Brief in its appeal concerning the Debtor, KMART CORPORATION, hereinafter referred to as "KMART", states as follows:

1. On November 20, 2007, the Honorable Judge Susan Pierson Sonderby of the Bankruptcy Court of the Northern District of Illinois, Eastern Division, entered an Order disallowing the claims of RUBLOFF in Bankruptcy Case No. 02-B-2474 involving KMART as Debtor.

2. After RUBLOFF filed a timely Notice of Appeal on November 30, 2007, the appeal was docketed by the Clerk of this Court on December 9, 2007.

3. On January 24, 2008, RUBLOFF filed its Brief in Support of its Appeal in this case.

70552758v1 810787

4. On February 5, 2008, the Honorable Judge John F. Grady entered an Order indicating that KMART's response brief was due on or before March 3, 2008.

5. On February 8, 2008, KMART filed its Response Brief in this case.

6. Bankruptcy Rule 8009 provides that reply briefs are to be filed within ten (10) days after service of the brief of the appellee.

7. Due to the fact that two weekends and a federal court holiday (President's Day) have fallen in the timeframe of the ten (10) day response, RUBLOFF seeks an extension of fourteen (14) days to March 3, 2008 to file its Reply Brief in support of its appeal in this case. No party will be prejudiced by this extension.

8. If this Court should grant that Motion, RUBLOFF's Reply Brief would be filed on or before the day which this Court originally established as a deadline for KMART to file its response brief.

9. This Motion does not cause undue delay or prejudice to KMART.

10. Prior to filing this Motion, counsel for RUBLOFF attempted to contact counsel for KMART but was unable to reach the attorney with authority to decide whether to agree to this request.

WHEREFORE, the Appellant, RUBLOFF DEVELOPMENT GROUP, INC., respectfully requests that this Court enter an Order extending the deadline for filing of the Reply Brief in support of the appeal to March 3, 2008, and for all such other relief that this Court deems just and necessary.

70552758v1 810787

Dated: February 18, 2008

RUBLOFF DEVELOPMENT GROUP, INC.,
an Illinois corporation, Appellant

BY:   HINSHAW & CULBERTSON LLP

BY:   /s/Thomas J. Lester
      Thomas J. Lester
      HINSHAW & CULBERTSON LLP
      100 Park Avenue
      P.O. Box 1389
      Rockford, IL  61105-1389
      Phone:  (815) 490-4900
      Facsimile (815) 490-4901

70552758v1 810787