IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>KMART CORPORATION, et al.,<br><br>　　　Debtors. | Case No.: 1:08-CV-76<br><br>Honorable Judge John F. Grady |
| RUBLOFF DEVELOPMENT GROUP, INC.,<br><br>　　　Appellant,<br><br>v.<br><br>KMART CORPORATION,<br><br>　　　Appellee. | Appeal from the United States Bankruptcy Court for the Northern District of Illinois, Hon. Susan Pierson Sonderby, Case No. 02-02474 (jointly administered) |

## RULE 5.3(b) NOTICE OF PRESENTMENT OF MOTION

TO:

Andrew Goldman
WILLIAM CUTTER PICKERING LLP
399 Park Avenue
New York, NY 10022

William J. Barrett
BARACK, FERRAZZANO, KIRSCHBAUM,
PERLMAN & NAGELBERG, LLP
333 W. Wacker Drive, Suite 2700
Chicago, IL 60606

　　　YOU ARE HEREBY NOTIFIED, that on **Wednesday, February 20, 2008 at 10:30 A.M.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady, in Courtroom 2001, or in his absence, any other Judge that may be presiding in said courtroom, in the United States District Court, Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present:

　　　**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**,
　　　a copy of which is attached hereto.

At which time and place you may appear, if you so desire.

DATED: February 18, 2008

RUBLOFF DEVELOPMENT GROUP, INC., an Illinois corporation, Appellant

By: HINSHAW & CULBERTSON LLP

/s/Thomas J. Lester
Thomas J. Lester

## CERTIFICATE OF SERVICE

I, Thomas J. Lester, an attorney, hereby certify that on February 18, 2008, I electronically filed this **NOTICE OF MOTION** and **MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF OF APPELLANT, RUBLOFF DEVELOPMENT GROUP, INC.** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service thereof to be served on:

Andrew Goldman
WILMER CUTTER PICKERING LLP
399 Park Avenue
New York, NY 10022

William J. Barrett
BARACK, FERRAZZANO, KIRSCHBAUM, PERLMAN & NAGELBERG, LLP
333 W. Wacker Drive, Suite 2700
Chicago, IL 60606

and via UPS Next Day Air Mail to the above-referenced parties of record by delivering a copy thereof, enclosed in the proper UPS mailing envelope at 100 Park Avenue, Rockford, Illinois, at or before the hour of 5:00 p.m. on February 18, 2008, proper postage prepaid.

/s/Thomas J. Lester
Thomas J. Lester
Attorney for Appellant
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Telephone: 815-490-4900
Facsimile: 815-490-4901
tlester@hinshawlaw.com

2

70552877v1 810787