IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 1:08-CV-76 |
| KMART CORPORATION, et al., | Honorable Judge John F. Grady |
| Debtors. | |

| | |
|---|---|
| RUBLOFF DEVELOPMENT GROUP, INC., ) | Appeal from the United States |
| ) | Bankruptcy Court for the Northern |
| Appellant, ) | District of Illinois, Hon. Susan Pierson |
| ) | Sonderby, Case No. 02-02474 (jointly |
| v. ) | administered) |
| ) | |
| KMART CORPORATION, ) | |
| ) | |
| Appellee. | |

## **AMENDED RULE 5.3(b) NOTICE OF PRESENTMENT OF MOTION**

TO:

Andrew Goldman
WILLIAM CUTTER PICKERING LLP
399 Park Avenue
New York, NY  10022

William J. Barrett
BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG, LLP
200 West Madison Street, Suite 3900
Chicago, IL  60606

YOU ARE HEREBY NOTIFIED, that on **Wednesday, March 5, 2008 at 10:30 A.M.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady, in Courtroom 2001, or in his absence, any other Judge that may be presiding in said courtroom, in the United States District Court, Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present:

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**,

a copy of which has been previously filed with this Court and served upon you.

At which time and place you may appear, if you so desire.

| | |
|---|---|
| DATED:  February 21, 2008 | RUBLOFF DEVELOPMENT GROUP, INC., an Illinois corporation, Appellant |
| | By: HINSHAW & CULBERTSON LLP |
| | /s/Thomas J. Lester<br>Thomas J. Lester |

### CERTIFICATE OF SERVICE

  I, Thomas J. Lester, an attorney, hereby certify that on February 21, 2008, I electronically filed this **AMENDED NOTICE OF MOTION** re: **MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF OF APPELLANT, RUBLOFF DEVELOPMENT GROUP, INC.** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service thereof to be served on:

Andrew Goldman
WILMER CUTTER PICKERING LLP
399 Park Avenue
New York, N Y  10022

William J. Barrett
BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG, LLP
200 West Madison Street, Suite 3900
Chicago, IL  60606

by delivering a copy thereof, enclosed in the proper mailing envelope at 100 Park Avenue, Rockford, Illinois, at or before the hour of 5:00 p.m. on February 21, 2008, proper postage prepaid.

               /s/Thomas J. Lester
               Thomas J. Lester
               Attorney for Appellant
               HINSHAW & CULBERTSON LLP
               100 Park Avenue
               P.O. Box 1389
               Rockford, IL  61105-1389
               Telephone: 815-490-4900
               Facsimile: 815-490-4901
               tlester@hinshawlaw.com