## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Rubloff Development Group, Inc.

                        Plaintiff,

v.                                                  Case No.: 1:08−cv−00076

                                                                 Honorable John F. Grady

KMART Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge John F. Grady :Motion for extension of time to file response/reply regarding MOTION by Appellant Rubloff Development Group, Inc. for extension of time to file response/reply as to appellee's brief[10], appellant's brief[7][11] [11] is granted. Reply due by 3/7/2008. Hearing on said motion set for 03/05/08 stricken.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.