# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 76 | **DATE** | April 23, 2008 |
| **CASE TITLE** | Rubloff Dev. Group, Inc. v. Kmart Corp. | | |

**DOCKET ENTRY TEXT**

```
The bankruptcy court's Findings of Fact and Conclusions of Law and
related Order Disallowing Claim Nos. 37506, 37507, 37508, 37509, 37733,
37734, 37735, and 37773  (November 20, 2007) are affirmed.  ENTER
MEMORANDUM OPINION.
```

_____ [ For further details see text below.]   Docketing to mail notices.

:00

**STATEMENT**