# United States District Court
## Northern District of Illinois
### Eastern Division

Rubloff Dev. Group. Inc.                     **JUDGMENT IN A CIVIL CASE**

      v.                                            Case Number: 08 C 76

KMART Corp.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that the bankruptcy court's Findings of Fact and Conclusions of Law and related Order Disallowing Claim Nos. 37506, 37507, 37508, 37509, 37733, 37734, 37735, and 37773  (November 20, 2007) are affirmed.


                                          Michael W. Dobbins, Clerk of Court

Date: 4/23/2008                                         _____
                                                     /s/ Jackie Deanes, Deputy Clerk