IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RUBLOFF DEVELOPMENT GROUP, INC.,** ) | |
| ) | |
| *Plaintiff-Appellant,* ) | |
| ) | |
| v.  ) | No. 08 C 76 |
| ) | |
| **K-MART CORPORATION,** ) | |
| ) | |
| *Defendant-Appellee.* ) | |

NOTICE OF APPEAL

Notice is hereby given that Rubloff Development Group, Inc., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order dated April 23, 2008 and entered on the civil docket on April 24, 2008 (Doc. 18) that disallowed Claims 37506, 37507, 37508, 37509, 37733, 37734, 37735, and 37773, and from the judgment dated on April 23, 2008 and entered on the civil docket on April 24, 2008 (Doc. 19).

                          /s/ Thomas J. Lester
                          Thomas J. Lester
                          Matthew M. Hevrin
                          HINSHAW & CULBERTSON LLP
                          100 Park Ave.
                          P.O. Box 1389
                          Rockford, IL  61105-1389
                          815/490-4900

May 23, 2008