IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUBLOFF DEVELOPMENT GROUP, INC., | )<br>)<br>) |
| *Plaintiff-Appellant,* | )<br>)<br>) |
| v. | ) No. 08 C 76<br>) |
| K-MART CORPORATION, | )<br>)<br>) |
| *Defendant-Appellee.* | ) |

## DOCKETING STATEMENT

**Jurisdictional Statement**

These appeals arise out of K-Mart's bankruptcy proceeding, docket number 02B2474. The bankruptcy court had jurisdiction under 28 U.S.C. §§ 157 and 1334 and N.D. Rule 40.3.1, which refers bankruptcy cases to the bankruptcy judges of the district. The bankruptcy court disallowed eight of plaintiff's claims on November 20, 2007. Those orders were final for purposes of 28 U.S.C. §158.

Plaintiff timely appealed those orders within 10 days, on November 30, 2007, under Fed.R.Bankr.P. 8002(a). The district court had jurisdiction under 28 U.S.C. § 158(a)(1). The district court affirmed the bankruptcy court's decision on April 23, 2008 in a memorandum opinion and order, and it entered judgment on a separate document under Fed.R.Civ.P. 58 on the same date. Both the opinion and the judgment were entered on the civil docket on April 24, 2008 under Fed.R.Civ.P. 58(c)(2) and 79(a).

6314407v1 810787

Plaintiff is timely appealing on May 23, 2008, within 30 days of the district court order. This Court has jurisdiction over this appeal under 28 U.S.C. §1291 and 158(d) and Fed.R.App.P. 3(a)(1) and 4(a)(1)(A).

**Prior and Related Proceedings**

There are prior proceedings involving the K-Mart bankruptcy, but none are related to this appeal.

/s/ Thomas J. Lester
Thomas J. Lester
Matthew M. Hevrin
HINSHAW & CULBERTSON LLP
100 Park Ave.
P.O. Box 1389
Rockford, IL 61105
(815) 490-4900

6314407v1 810787