IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RUBLOFF DEVELOPMENT GROUP, INC.,** | ) ) ) |
| *Plaintiff-Appellant,* | ) ) |
| v. | ) No. 08 C 76 ) |
| **K-MART CORPORATION,** | ) ) ) |
| *Defendant-Appellee.* | ) |

## DESIGNATION OF RECORD

Under Fed.R.App.P. 10, plaintiff designates civil docket numbers 1, 3, 4, 7, 10, 15, 17, 18, and 19 as documents to be included in the appellate record.

Respectfully submitted,

/s/Thomas J. Lester
Thomas J. Lester
Matthew M. Hevrin
Hinshaw & Culbertson LLP
100 Park Ave.
P.O. Box 1389
Rockford, IL  61105
815/490-4900
*Attorneys for plaintiff Rubloff Development Group, Inc.*