IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RUBLOFF DEVELOPMENT GROUP, INC.,**<br><br>*Plaintiff-Appellant,*<br><br>v.<br><br>**K-MART CORPORATION,**<br><br>*Defendant-Appellee.* | )<br>)<br>)<br>)<br>)<br>) No. 08 C 76<br>)<br>)<br>)<br>) |

STATEMENT OF ISSUES
TO BE PRESENTED ON APPEAL

Under Fed.R.App.P. 6(b)(2)(B)(i), plaintiff provides the following statement of issues anticipated to be presented on appeal.

1. Does the doctrine of anticipatory repudiation apply to these circumstances?

2. Did the court properly apply §365 of the Bankruptcy Code?

3. Was Rubloff required to specifically reserve claims it never waived?

4. Were Rubloff's claims released by Rubloff by virtue of certain terms of the assignment agreement and subleases?

5. Did the court err in holding Rubloff was barred from seeking the "spread damages?"

6326910v1 810787

6.     Did the court err in holding Rubloff had no right to breach of contract damages under the Bankruptcy Code?

Respectfully submitted,

/s/Thomas J. Lester
Thomas J. Lester
Matthew M. Hevrin
Hinshaw & Culbertson LLP
100 Park Ave.
P.O. Box 1389
Rockford, IL 61105
815/490-4900
*Attorneys for plaintiff Rubloff Development Group, Inc.*

6326910v1 810787