**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

June 16, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Rubloff Development Group, Inc.  Vs.  Kmart Corporation

U.S.D.C. DOCKET NO. : 08cv76

U.S.C.A. DOCKET NO. : 08-2305

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| VOLUME(S) OF PLEADING(S) | **Four Vol. Of Pleadings** |
| VOLUME(S) OF TRANSCRIPT(S) | |
| VOLUME(S) OF DEPOSITION(S) | |
| EXHIBITS: | **Seven Vol. Of Exhibits** |
| VAULT ITEMS: | |
| OTHER (SPECIFY): | **One Vol. Of Loose Pleadings** |
| SPECIAL NOTE: | |

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

# United States District Court
### Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois 60604

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled: *Rubloff Development Group vs. Kmart Corporation*

USDC No.: 08cv76

USCA No.: 08-20305

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 1/4/08 | 3 | Vol. 2 - Consisting of Kmart's designation of items |
| 1/4/08 | 4 | Exhibits by Rubloff Development Group, Inc. |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 16th day of June, 2008.

MICHAEL W. DOBBINS, CLERK

By:_____
A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

    One Vol. Of Loose Pleadings
    Seven Vol. Of Exhibits
    Four Vol. Of Pleadings

In the cause entitled: Rubloff Development Group, Inc. Vs. Kmart Corporation.

USDC NO.    : 08-cv-76

USCA NO.    : 08-2305

    IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 16th day of June, 2008.

    MICHAEL W. DOBBINS, CLERK

    By: _____
        A. Rone, Deputy Clerk

APPEAL, DENLOW, TERMED

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00076
*Internal Use Only*

| | |
|---|---|
| Rubloff Development Group, Inc. v. Kmart Corporation<br>Assigned to: Honorable John F. Grady<br>Case in other court: 08-02305<br>　　　　　　　　USBC/NDIL, 02-02474<br>Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP) | Date Filed: 01/04/2008<br>Date Terminated: 04/23/2008<br>Jury Demand: None<br>Nature of Suit: 422 Bankruptcy Appeal (801)<br>Jurisdiction: Federal Question |

**Appellant**

**Rubloff Development Group, Inc.**　　　represented by　**Matthew M. Hevrin**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hinshaw &Culbertson
　　　　　　　　　　　　　　　　　　　　　　　　　　　100 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1389
　　　　　　　　　　　　　　　　　　　　　　　　　　　Rockford, IL 61105-1389
　　　　　　　　　　　　　　　　　　　　　　　　　　　(815) 963-8488
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: mhevrin@hinshawlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Thomas J. Lester**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hinshaw &Culbertson
　　　　　　　　　　　　　　　　　　　　　　　　　　　100 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1389
　　　　　　　　　　　　　　　　　　　　　　　　　　　Rockford, IL 61105-1389
　　　　　　　　　　　　　　　　　　　　　　　　　　　(815) 490-4908
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: tlester@hinshawlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**KMART Corporation**　　　represented by　**William John Barrett**
　　　　　　　　　　　　　　　　　　　　　　Barack Ferrazzano Kirschbaum &Nagelberg LLP
　　　　　　　　　　　　　　　　　　　　　　200 West Madison
　　　　　　　　　　　　　　　　　　　　　　Suite 3900
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　(312) 984-3100
　　　　　　　　　　　　　　　　　　　　　　Email: william.barrett@bfkn.com
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Debtor in Possession**

| | | |
|---|---|---|
| **Kmart Corporation** | represented by | **Andrew Goldman**<br>Wilmer Cutter Pickering LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212)230-8836<br>*ATTORNEY TO BE NOTICED*<br><br>**William John Barrett**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Service List** | represented by | **United States Trustee**<br>Office of the United States Trustee<br>227 West Monroe Street<br>Suite 3350<br>Chicago, IL 60606<br>*ATTORNEY TO BE NOTICED*<br><br>**Kenneth S Gardner**<br>Clerk<br>US Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5694<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan Pierson Sonderby**<br>United States Bankruptcy Court<br>Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604<br>(312)435-5654<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/04/2008 | 1 s/c | 5 | APPEAL from U.S. Bankruptcy Court case number 02 B 2474 consisting of 1 volume of pleadings (Judge Sonderby) consisting of: Notice of Appeal, Notice of filing Notice of Appeal; Transmittal Letter, Designation of Items for Record on Appeal and Statement of Issues to be Presented by Appellant; Notice of Filing regarding Designation of Record; Order Disallowing Claim Nos. 37506, 37507, 37508, 37509, 37733, 37734, 37735 and 37773 filed by Appellant by Judge Sonderby (vmj, )(Attachment 1: USBC Docket Entries) (Entered: 01/09/2008) |
| 01/04/2008 | 2 | 2059 | CIVIL Cover Sheet (vmj, ) (Entered: 01/09/2008) |
| 01/04/2008 | 3 s/c | | Volume 2 - Consisting of Kmart's designation of items for record on Appeal by Kmart Corporation (Document not imaged) (vmj, ) (Entered: 01/09/2008) |

| 01/04/2008 | 4 5 | | EXHIBITS by Appellant Rubloff Development Group, Inc. consisting of seven volumes of exhibits regarding bankruptcy appeal (4 –1 thru 4 –7) (Document not scanned.)(hp, ) (Entered: 01/09/2008) |
|---|---|---|---|
| 01/09/2008 | | | MAILED Rule 8007 and 83.16 letters with an attorney appearance form to all counsel of record (vmj, ) (Entered: 01/09/2008) |
| 01/24/2008 | 5 | | ATTORNEY Appearance for Appellant Rubloff Development Group, Inc. by Thomas J. Lester (Lester, Thomas) (Entered: 01/24/2008) |
| 01/24/2008 | 6 | | ATTORNEY Appearance for Appellant Rubloff Development Group, Inc. by Matthew M. Hevrin (Hevrin, Matthew) (Entered: 01/24/2008) |
| 01/24/2008 | 7 | 2060 | APPELLANT'S Brief by Rubloff Development Group, Inc. (Lester, Thomas) (Entered: 01/24/2008) |
| 02/05/2008 | 8 | | MINUTE entry before Judge John F. Grady :Appellee's brief due by 03/03/08.Mailed notice (jlj, ) (Entered: 02/05/2008) |
| 02/08/2008 | 9 | | ATTORNEY Appearance *for William J. Barrett on behalf of Kmart Corporation as Appellee* (Barrett, William) (Entered: 02/08/2008) |
| 02/08/2008 | 10 | 2096 | APPELLEE'S Brief by KMART Corporation (Barrett, William) (Entered: 02/08/2008) |
| 02/18/2008 | 11 | 2139 | MOTION by Appellant Rubloff Development Group, Inc. for extension of time to file response/reply as to appellee's brief 10 , appellant's brief 7 (Lester, Thomas) (Entered: 02/18/2008) |
| 02/18/2008 | 12 | | NOTICE of Motion by Thomas J. Lester for presentment of motion for extension of time to file response/reply, motion for relief, 11 before Honorable John F. Grady on 2/20/2008 at 10:30 AM. (Lester, Thomas) (Entered: 02/18/2008) |
| 02/21/2008 | 13 | | *AMENDED* NOTICE of Motion by Thomas J. Lester for presentment of motion for extension of time to file response/reply, motion for relief, 11 before Honorable John F. Grady on 3/5/2008 at 10:30 AM. (Lester, Thomas) (Entered: 02/21/2008) |
| 02/21/2008 | 14 | | ATTORNEY Appearance for Appellee Kmart Corporation by Andrew Goldman (hp, ) (Entered: 02/25/2008) |
| 03/03/2008 | 15 | 2142 | APPELLANT'S reply brief by Rubloff Development Group, Inc. (Lester, Thomas) (Entered: 03/03/2008) |
| 03/04/2008 | 16 | 2169 | MINUTE entry before Judge John F. Grady :Motion for extension of time to file response/reply regarding MOTION by Appellant Rubloff Development Group, Inc. for extension of time to file response/reply as to appellee's brief 10 , |

| | | | |
|---|---|---|---|
| | | | appellant's brief 7 11 11 is granted. Reply due by 3/7/2008. Hearing on said motion set for 03/05/08 stricken.Mailed notice (jlj, ) (Entered: 03/04/2008) |
| 04/23/2008 | (17) | 2170 | MINUTE entry before Judge Honorable John F. Grady: The bankruptcy court's Findings of Fact and Conclusions of Law and related Order Disallowing Claim Nos. 37506, 37507, 37508, 37509, 37733, 37734, 37735, and 37773 (November 20, 2007) are affirmed. ENTER MEMORANDUM OPINION. [ For further details see text below.]Civil case terminated. Mailed notice (hp, ) (Entered: 04/24/2008) |
| 04/23/2008 | (18) | 2171 | MEMORANDUM Opinion and Order Signed by Judge Honorable John F. Grady on 4/23/2008: Mailed notice(hp, ) (Entered: 04/24/2008) |
| 04/23/2008 | (19) | 2186 | ENTERED JUDGMENT on 4/23/2008: Mailed notice(hp, ) (Entered: 04/24/2008) |
| 04/24/2008 | 20 | | (Court only) FORWARDED to the Clerk, U.S. Bankruptcy Court two certified copies of minute order dated 04/23/2008. (hp, ) (Entered: 04/24/2008) |
| 05/23/2008 | (21) | | NOTICE of appeal by Rubloff Development Group, Inc. regarding orders 18 , 19 Filing fee $ 455, receipt number 07520000000002802931. (Lester, Thomas) (Entered: 05/23/2008) |
| 05/23/2008 | (22) | 2187 | DOCKETING Statement by Rubloff Development Group, Inc. regarding notice of appeal 21 (Lester, Thomas) (Entered: 05/23/2008) |
| 05/23/2008 | (23) | 2189 | DESIGNATION by Rubloff Development Group, Inc. of record on appeal (Lester, Thomas) (Entered: 05/23/2008) |
| 05/23/2008 | 24 | | SEVENTH CIRCUIT transcript information sheet by Rubloff Development Group, Inc. (Lester, Thomas) (Entered: 05/23/2008) |
| 05/23/2008 | 25 | | TRANSMITTED to the 7th Circuit the short record on notice of appeal 21 . Notified counsel (air, ) (Entered: 05/23/2008) |
| 05/23/2008 | 26 | | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 05/23/2008) |
| 05/27/2008 | 27 | | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 21 ; USCA Case No. 08-2305 (hp, ) (Entered: 05/28/2008) |
| 06/06/2008 | (28) | 2190 | Issues to be Presented on Appeal STATEMENT by Rubloff Development Group, Inc. (Lester, Thomas) (Entered: 06/06/2008) |

Key!

All Circled items are included in record on appeal
All N/A items are not available
All / items are not sent with record on appeal
All S/C items are sent under separate cover