


# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK



312-435-5670

June 16, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Rubloff Development Group, Inc.  Vs.  Kmart Corporation

U.S.D.C. DOCKET NO. (08cv76)

U.S.C.A. DOCKET NO. : 08-2305

**U.S.C.A.–7th Circuit**
**R E C E I V E D**
**JUN 1 6 2008  GW**
**GINO J. AGNELLO**
**CLERK**

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)        **Four Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:        **Seven Vol. Of Exhibits**

VAULT ITEMS:

OTHER (SPECIFY):        **One Vol. Of Loose Pleadings**

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk